**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 130653

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coupon Co Worldwide, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Solid Ventures, Inc., <br><br> Defendant, | Case No: 3:24-cv-02288-H-SBC <br><br> **RETURNED SUMMONS** |

DATED: January 10, 2025

**SANDERS LAW GROUP**

By: */s/ Craig Sanders*
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 130653

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>CRAIG SANDERS, ESQ.   (Cal Bar 284397)<br>SANDERS LAW GROUP<br>333 EARLE OVINGTON BOULEVARD, Suite 402<br>UNIONDALE NY 11553<br>(516)203-7600<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| NAME AND ADDRESS OF COURT<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF / PETITIONER: COUPON CO WORLDWIDE, INC.<br>DEFENDANT / RESPONDENT: SOLID VENTURES, INC. | CASE NUMBER<br>24-cv-02288-H-SBC |
| **PROOF OF SERVICE** | INVOICE # 15920<br>CLIENT INV # |

1. At the time of service I was 18 years of age and not a party to this action.

2. I served copies of the:
   **SUMMONS IN A CIVIL ACTION;COMPLAINT**

3.a. Party served: **SOLID VENTURES, INC.**
   3.b. Person (other than the party in 3a) served on behalf of an entity or as an authorized agent (and not a person on whom substituted service was made).
   **EVAN DEMKIW as the REGISTERED AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served:
   **3344 1ST AVENUE**
   **SAN DIEGO, CA 92103**

5.a. I served the party  **by personal service  on (date): 1/7/25    at (time): 1:21 pm**

7.a. JAIME TORRES
b. C/O Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
c. (714)541-8825
FEE: $95.00

e. California Registered Process Server
Independent Contractor (not employee)
Registration # 1460
County of SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 1/9/25

_____
JAIME TORRES